**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) ) | |
| Plaintiff, ) | Civ. A. No. 1:11-cv-610-TSE-IDD |
| vs. ) ) | |
| COMPUTER SCIENCES CORPORATION, MICHAEL W. LAPHEN and MICHAEL J. MANCUSO, ) ) ) ) | |
| Defendants ) ) | |

*(Additional captions on following page)*

**MOTION OF ONTARIO TEACHERS' PENSION PLAN BOARD FOR
CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

|  |  |
|---|---|
| ARTHUR I. MURPHY, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>COMPUTER SCIENCES CORPORATION, MICHAEL W. LAPHEN and MICHAEL J. MANCUSO,<br><br>        Defendants | Civ. A. No. 1:11-cv-636-TSE-IDD |
| HILARY KRAMER, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>COMPUTER SCIENCES CORPORATION, MICHAEL W. LAPHEN, MICHAEL J. MANCUSO, and DONALD G. DeBUCK,<br><br>        Defendants | Civ. A. No. 1:11-cv-751-TSE-IDD |
| NORTON GOLDMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>COMPUTER SCIENCES CORPORATION, MICHAEL W. LAPHEN, MICHAEL J. MANCUSO, and DONALD G. DeBUCK,<br><br>        Defendants | Civ. A. No. 1:11-cv-777-TSE-IDD |

Class member Ontario Teachers' Pension Plan Board ("Ontario Teachers'"), by its undersigned counsel and pursuant to Local Civil Rule 7, Federal Rule of Civil Procedure 23, Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3) as amended by the Private Securities Litigation Reform Act of 1995, hereby moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Ontario Teachers' as Lead Plaintiff for a class of purchasers of Computer Sciences Corporation common stock between May 21, 2009 and May 25, 2011, inclusive; and (3) approving Ontario Teachers' selection of Labaton Sucharow LLP as Lead Counsel for the Class and Patton Boggs LLP as Local Counsel for the Class. In support of this motion, Ontario Teachers' submits herewith a Memorandum of Law and Declaration of Benjamin G. Chew.

Dated: August 2, 2011

Respectfully submitted,

 /s/ Benjamin G. Chew

Benjamin G. Chew (VSB#29113)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC  20037
Telephone: (202) 457-6015
Facsimile: (202) 457-6315
Email: bchew@pattonboggs.com

*Counsel for Ontario Teachers' and Proposed Local Counsel for the Class*

Christopher J. Keller (*pro hac vice* pending)
Joseph A. Fonti (*pro hac vice* pending)
Javier Bleichmar *(pro hac vice pending)*
Dominic J. Auld *(pro hac vice pending)*
Kevin L. Oberdorfer *(pro hac vice pending)*
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: ckeller@labaton.com
jfonti@labaton.com
jbleichmar@labaton.com
dauld@labaton.com
koberdorfer@labaton.com

*Counsel for Ontario Teachers' and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2d day of August 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St
Alexandria, VA 22314
craig.reilly@ccreillylaw.com

*Counsel for Plaintiffs City of Roseville Employee's Retirement System* (Case No. 1:11-cv-00610), *Arthur I. Murphy* (Case No. 1:11-cv-00636), *and Norton Goldman* (Case No. 1:11-cv-00777)

David Emmett Carney
Skadden Arps Slate Meagher & Flom LLP
1440 New York Ave NW
Washington, DC 20005-2111
david.carney@skadden.com

*Counsel for Defendants*

Elizabeth Kathleen Tripodi
Finkelstein Thompson LLP
1050 30th St NW
Washington, DC 20007
etripodi@finkelsteinthompson.com

*Counsel for Plaintiff Hilary Kramer* (Case No. 1:11-cv-00751)

 /s/ Benjamin G. Chew
Benjamin G. Chew (VSB#29113)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6015
Facsimile: (202) 457-6315
Email: bchew@pattonboggs.com

*Counsel for Ontario Teachers' and Proposed Local Counsel for the Class*

2