IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE COMPUTER SCIENCES CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) Civil Action No. 1:11-cv-610-TSE-IDD |

**DECLARATION OF DAVID E. CARNEY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, David E. Carney, declare under penalty of perjury that the following is true and correct:

1. I am counsel at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, resident in Washington, DC. I am duly licensed to practice before this Court. I am counsel for the Defendants Computer Sciences Corporation, Michael W. Laphen, Michael J. Mancuso and Donald G. DeBuck (collectively, "Defendants"), in the above-captioned matter. I submit this Declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the transcript of the August 26, 2011 Hearing before this Court in the above-captioned matter.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Mukesh Bajaj Dated October 14, 2011 and exhibits / appendices thereto.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Joseph A. Fonti, Esq., counsel to Ontario Teachers' Pension Plan Board ("Ontario") in the above captioned matter, dated September 2, 2011.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the transcript of the October 4, 2011 deposition of Jeffrey M. Davis, Esq., a representative of

Ontario designated pursuant to Fed. R. Civ. P. 30(b)(6), in the above-captioned matter and the preliminary errata sheet thereto.

6. Attached hereto as Exhibit 5 is a true and correct copy of Ontario's 2010 Annual Report.

7. Attached hereto as Exhibit 6 is a compilation of charts describing the transactions reflected in the September 22, 2011 Certification submitted by Jeffrey M. Davis, Esq., on behalf of Ontario (Dkt. 46-2) by the underlying trading strategy. The information is based on the October 4, 2011 deposition testimony of Jeffrey M. Davis, as a representative of Ontario designated pursuant to Fed. R. Civ. P. 30(b)(6), in the above-captioned matter.

8. Attached hereto as Exhibit 7 is a true and correct copy of a screenshot from Ontario's website, *available at* http://www.otpp.com/wps/wcm/connect/otpp_en/Home/Responsible+Investing/Our+Responsibilities/.

9. Attached hereto as Exhibit 8 is a true and correct copy of a letter from Joseph A. Fonti, Esq., counsel to Ontario in the above captioned matter, dated October 7, 2011.

Executed on October 14, 2011 at Washington, DC.

_____
David E. Carney

## CERTIFICATE OF SERVICE

        I hereby certify that on October 14, 2011, I will electronically file the foregoing Declaration of David E. Carney in Support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification and exhibits thereto with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the following:

Benjamin G. Chew
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
bchew@pattonboggs.com

*Local Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board*

Craig Crandall Reilly
Law Office of Craig C. Randall
111 Oronoco St.
Alexandria, VA 22314
craig.reilly@ccreillylaw.com

*Counsel for Plaintiffs City of Roseville Employee's Retirement System* (Case No. 1:11-cv-00610), *Arthur I Murphy* (Case No. 1:11-cv-00636) and *Norton Goldman* (Case No. 1:11-cv-00777)

Thomas A. Dubbs
Jonathan M. Plasse
Joseph A. Fonti
Dominic J. Auld
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
tdubbs@labaton.com
jplasse@labaton.com
jfonti@labaton.com
dauld@labaton.com

*Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board*

Elizabeth Kathleen Tripodi
Finkelstein Thompson LLP
1050 30th St. NW
Washington, DC 20007
etripodi@finkelsteinthompson.com

*Counsel for Plaintiff Hilary Kramer* (Case No. 1:11-cv-00751)

Dated: October 14, 2011

/s/
David E. Carney (Va. Bar No. 43914)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
David.Carney@skadden.com

*Counsel for Computer Sciences Corporation, Michael W. Laphen, Michael J. Mancuso and Donald G. DeBuck*