**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE COMPUTER SCIENCES CORPORATION SECURITIES LITIGATION | ) ) ) ) ) Civil Action No. 1:11-cv-610-TSE-IDD |

**EXHIBITS IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

**Index to Exhibits in Support of Defendants' Motion for Summary Judgment**

| TAB | DOCUMENT |
|---|---|
| 1 | Annotated Version of Plaintiff's Supplemental Interrogatory Response |
| 2 | Excerpts from Transcript of Deposition of Dennis Fitzgerald dated 02/09/13 |
| 3 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 08/13/08 |
| 4 | CSC's Form 8-K filed with the Securities and Exchange Commission on 11/13/08 |
| 5 | CSC's Form 8-K filed with the Securities and Exchange Commission on 02/10/09 |
| 6 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 02/10/10 |
| 7 | CSC's Form 10-K filed with the Securities and Exchange Commission on 05/21/10 |
| 8 | Morgan Stanley Analyst Reported dated 11/25/08 |
| 9 | Kaufman Bros. Analyst Report dated 03/18/09 |
| 10 | CSC's Form 8-K filed with the Securities and Exchange Commission on 09/04/12 |
| 11 | CSC's Form 10-K filed with the Securities and Exchange Commission on 06/15/11 |
| 12 | Declaration of Michael W. Laphen dated 03/18/2013 |
| 13 | Declaration of Donald G. DeBuck dated 03/17/2013 |
| 14 | Declaration of Jeffrey M. Davis in Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel (Dkt. 46-2) |
| 15 | September 5, 2008 Letter from Dennis Fitzgerald to CSC Audit Committee Chairman |
| 16 | Excerpts from Transcript of Deposition of Stephen L. Baum dated 02/06/2013 |
| 17 | October 8, 2008 Memorandum to Bill Deckelman from Lou Turilli and Harvey N. Bernstein re: Internal Review of D. Fitzgerald Assertions |
| 18 | Attachment to October 8, 2008 Memorandum to Bill Deckelman from Lou Turilli and Harvey N. Bernstein re: Internal Review of D. Fitzgerald Assertions |
| 19 | Minutes of the October 16-17, 2008 Meeting of the CSC Board of Directors |
| 20 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 11/12/08 |

| TAB | DOCUMENT |
|---|---|
| 21 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 02/11/09 |
| 22 | CSC's Form 10-K filed with the Securities and Exchange Commission on 05/29/09 |
| 23 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 08/07/09 |
| 24 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 11/12/09 |
| 25 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 08/10/10 |
| 26 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 11/10/10 |
| 27 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 02/09/11 |
| 28 | Excerpts from Transcript of the Deposition of Donald G. DeBuck dated 02/14/13 |
| 29 | SOX 404 Project Charter |
| 30 | CSC Finance and Accounting Manual, Section: 3000 Internal Control dated June 12, 2006 |
| 31 | SOX 404 Quarterly Procedures |
| 32 | July 28, 2008 Letter of Representation to Don DeBuck |
| 33 | July 30, 2008 Letter of Representation to Corporate Controller |
| 34 | Oct. 28, 2008 Letter of Representation to Don DeBuck |
| 35 | Oct. 29, 2008 Letter of Representation to Corporate Controller |
| 36 | Jan. 28, 2009 Letter of Representation to Don DeBuck |
| 37 | July 25, 2009 Letter of Representation to Corporate Controller |
| 38 | Oct. 22, 2009 Letter of Representation to Corporate Controller |
| 39 | Jan. 22, 2010 Letter of Representation to Corporate Controller |
| 40 | Jan. 20, 2011 Letter of Representation to Corporate Controller |
| 41 | July 23, 2009 Letter of Representation to Hugo Eales from Alan Hardiman |
| 42 | July 23, 2009 Letter of Representation to Hugo Eales from Kevin Brown |
| 43 | Oct. 22, 2009 Letter of Representation to Hugo Eales from Alan Hardiman |

| TAB | DOCUMENT |
|---|---|
| 44 | Jan. 1, 2010 Letter of Representation to Hugo Eales from Kevin Brown |
| 45 | Jan. 22, 2010 Letter of Representation to Hugo Eales from Alan Hardiman |
| 46 | April 28, 2010 Letter of Representation to Kathleen Ramey from Alan Hardiman |
| 47 | April 1, 2011 Letter of Representation |
| 48 | Minutes of the 05/19/08 Meeting of the Audit Committee of the CSC Board of Directors |
| 49 | Minutes of the 10/16/08 Meeting of the Audit Committee of the CSC Board of Directors |
| 50 | Minutes of the 02/08/09 Meeting of the Audit Committee of the CSC Board of Directors |
| 51 | Minutes of the 08/02/09 Meeting of the Audit Committee of the CSC Board of Directors |
| 52 | Minutes of the 05/18/10 Meeting of the Audit Committee of the CSC Board of Directors |
| 53 | Minutes of the 11/08/10 Meeting of the Audit Committee of the CSC Board of Directors |
| 54 | Minutes of the 06/14/11 Meeting of the Audit Committee of the CSC Board of Directors |
| 55 | Deloitte Report to Audit Committee of the CSC Board of Directors dated 05/28/09 |
| 56 | Deloitte Report to Audit Committee of the CSC Board of Directors dated 05/18/10 |
| 57 | Deloitte Report to Audit Committee of the CSC Board of Directors dated 08/08/10 |
| 58 | The National Programme for IT in the NHS: Progress since 2006 (House of Commons Public Accounts Committee) Published on Jan. 27, 2009 |
| 59 | Department of Health: The National Programme for IT in the NHS (House of Commons Committee of Public Accounts) Published on April 11, 2007 |
| 60 | National Health Service Accounting Paper Final—20 July 2007 |
| 61 | Excerpts from Transcript of Deposition of Rick Kelly dated 12/04/12 |
| 62 | CSC's Form 10-K filed with the Securities and Exchange Commission on 06/15/04 |
| 63 | CSC's Form 10-K filed with the Securities and Exchange Commission on 06/13/07 |

| TAB | DOCUMENT |
|---|---|
| 64 | NHS Core Contract – Penfield Amendment Accounting Paper Draft |
| 65 | Excerpts from Transcript of Deposition of Andrew Mears dated 02/11/13 |
| 66 | April 2008, NHS IDP EAC Red Team Review Draft of Preliminary Findings |
| 67 | Excerpts from Transcript of Deposition of Russ Owen dated 12/19/12 |
| 68 | May 20, 2008 Email attaching April 18, 2008 NHS DIP EAC Red Team Review Draft of Preliminary Findings |
| 69 | Excerpts of Transcript of Deposition of Scott Delanty dated 02/11/13 |
| 70 | April 2008, NHS—Lorenzo Delivery: Delivery Assurance Management Assessment – DA Report; Estimating Models; Appendices |
| 71 | September 2008, NHS Account – Lorenzo Program Delivery Assurance Management Assessment |
| 72 | Excerpts from Transcript of Deposition of Brian Fillebrown dated 12/19/12 |
| 73 | Excerpts from Transcript of Deposition of Michael W. Laphen dated 02/12/13 |
| 74 | September 07, 2011 Email from Peter Farrell-Vinay to Kevin Oberdorfer, Jerome Pontrelli, Erin Rump |
| 75 | December 18, 2012 Email from Jerome Pontrelli to Noel McMichael |
| 76 | CSC's Form 8-K filed with the Securities and Exchange Commission on 08/06/08 |
| 77 | UBS Investment Research Analyst Report dated 11/10/08 |
| 78 | Lorenzo Review Recommendations Report- version 1.0 |
| 79 | Excerpts from Transcript of Deposition of Gerry O'Keeffe dated 01/31/13 |
| 80 | Credit Suisse Analyst Report dated 04/16/09 |
| 81 | NHS Core Contract-Q4, FY10 Amendment Accounting Paper Draft |
| 82 | CSC's Form 8-K filed with the Securities and Exchange Commission on 11/11/09 |
| 83 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 08/10/11 |
| 84 | CSC's Form 8-K filed with the Securities and Exchange Commission on 02/11/10 |
| 85 | Kaufman Bros. Analyst Report dated 05/17/10 |

| TAB | DOCUMENT |
|---|---|
| 86 | CSC's Form 8-K filed with the Securities and Exchange Commission on 5/21/10 |
| 87 | CSC's Form 8-K filed with the Securities and Exchange Commission on 8/12/10 |
| 88 | CSC's Form 8-K filed with the Securities and Exchange Commission on 11/12/10 |
| 89 | CSC's Form 8-K filed with the Securities and Exchange Commission on 02/10/11 |
| 90 | CSC's Form 8-K filed with the Securities and Exchange Commission on 05/25/11 (Press Release) |
| 91 | CSC's Form 8-K filed with the Securities and Exchange Commission on 05/26/11 (Transcript) |
| 92 | Excerpts from Transcript of Deposition of Sheri Thureen dated 02/06/13 |
| 93 | CSC's Form 8-K filed with the Securities and Exchange Commission on 12/27/11 |
| 94 | CSC's Form 10-Q filed with the Securities and Exchange Commission on 08/08/12 |
| 95 | Excerpts from Transcript of Deposition of Guy Hains dated 02/15/13 |
| 96 | 05/15/08 Email to Deloitte attaching a Memorandum re: NHS Core Program EAC & Related Internal Controls |
| 97 | 04/02/10 Email to Deloitte attaching NHS Core Contract – Contingency Accounting Paper |
| 98 | NHS Account Deloitte Status Update (April 2010) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing (NEF) to the following:

> Benjamin G. Chew
> PATTON BOGGS LLP
> 2550 M Street, N.W.
> Washington, D.C. 20037
> bchew@pattonboggs.com
>
> Susan R. Podolsky
> 1800 Diagonal Road
> Alexandria, VA 22314
> susanpodolsky@verizon.net
>
> *Local Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board*

Dated: March 18, 2013
/s/
David E. Carney (Va. Bar No. 43914)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
David.Carney@skadden.com

*Counsel for Computer Sciences Corporation, Michael W. Laphen and Donald G. DeBuck*