UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE COMPUTER SCIENCES CORPORATION SECURITIES LITIGATION | Civ. A. No. 1:11-cv-610-TSE-IDD |

**CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law and exhibits thereto, Class Representative, Ontario Teachers' Pension Plan Board ("Class Representative" or "Ontario Teachers'"), on behalf of itself and all members of the Certified Class and the proposed Settlement Class, by and through its undersigned class counsel, moves the Court, before the Honorable T.S. Ellis, III, United States District Judge, at the Albert V. Bryan United States Courthouse, Alexandria, Virginia, 22314, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) preliminarily approving the proposed class action Settlement; (2) certifying the Settlement Class for settlement purposes only; (3) appointing Ontario Teachers' as Class Representative, Labaton Sucharow LLP as Class Counsel, and Patton Boggs LLP as Local Counsel for the Settlement Class; (4) approving the proposed forms of notice of the Settlement and the methods for disseminating the notices; (5) approving the selection of GCG, Inc. as Claims Administrator; (6) setting a date for the Settlement Hearing; and (7) such other and further relief as the Court deems just and proper.

## LOCAL RULE 37(E) STATEMENT OF COUNSEL

The undersigned counsel hereby certifies that the parties' counsel conferred on the substance of this motion and it is unopposed.

Dated: May 15, 2013

Respectfully submitted,

/s/ Benjamin G. Chew

| | |
|---|---|
| **PATTON BOGGS LLP** | **LABATON SUCHAROW LLP** |
| Benjamin G. Chew (VSB#29113) | Jonathan M. Plasse (admitted *pro hac vice*) |
| 2550 M Street, NW | Joseph A. Fonti (admitted *pro hac vice*) |
| Washington, DC 20037 | Javier Bleichmar (admitted *pro hac vice*) |
| Telephone: (202) 457-6015 | Dominic J. Auld (admitted *pro hac vice*) |
| Facsimile: (202) 457-6315 | Serena Hallowell (admitted *pro hac vice*) |
| Email: bchew@pattonboggs.com | 140 Broadway |
| | New York, NY 10005 |
| | Telephone: (212) 907-0700 |
| | Facsimile: (212) 883-7044 |
| | |
| *Local Counsel for Class Representative Ontario Teachers' Pension Plan Board and Local Counsel for the Class* | *Counsel for Class Representative Ontario Teachers' Pension Plan Board and Class Counsel for the Class* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May 2013, I will electronically file the foregoing Notice of Class Representative's Unopposed Motion for Preliminary Approval of Proposed Settlement with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David E. Carney
Jennifer L. Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
David.Carney@skadden.com
Jen.Spaziano@skadden.com

*Counsel for Defendants*

Jay B. Kasner
Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Jay.Kasner@skadden.com
Scott.Musoff@skadden.com

*Counsel for Defendants*

Elizabeth Kathleen Tripodi
Finkelstein Thompson LLP
1050 30th St NW
Washington, DC 20007
etripodi@zlk.com

*Counsel for Plaintiff Hilary Kramer* (Case No. 1:11-cv-00751)
(By electronic mail only)

　　　　　　　　　　　　　　 /s/ Benjamin G. Chew
Benjamin G. Chew (VSB#29113)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6015
Facsimile: (202) 457-6315
Email: bchew@pattonboggs.com

*Counsel for Ontario Teachers' Pension Plan Board and Local Counsel for the Class*