UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE COMPUTER SCIENCES CORPORATION SECURITIES LITIGATION | Civ. A. No. 1:11-cv-610-TSE-IDD |

**CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS SETTLEMENT, PLAN OF ALLOCATION OF NET SETTLEMENT FUND, AND FOR FINAL CLASS CERTIFICATION**

Court-appointed Class Representative, Ontario Teachers' Pension Plan Board ("Class Representative), on behalf of all members of the Settlement Class, will appear and respectfully move the Court as scheduled, on September 19, 2013 at 2:00 p.m., in Courtroom 900 of the United States District Court for the Eastern District of Virginia, Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314, pursuant to Rule 23 and the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4(a)(4) ("PSLRA"), for Orders: (a) granting final approval to the proposed Settlement; (b) approving the proposed Plan of Allocation; and (c) such other and further relief as this Court deems just and proper.

In support of the motion, Class Representative submits and files herewith (i) the Memorandum of Law in Support of Class Representative's Unopposed Motion for Final Approval of Proposed Class Settlement, Plan of Allocation of Net Settlement Fund, and for Final Class Certification; and (ii) the Joint Declaration of Joseph A. Fonti, Benjamin G. Chew, and Susan R. Podolsky in Support of Proposed Class Settlement, Plan of Allocation and Award of Attorneys' Fees and Expenses, with annexed exhibits.

Proposed orders will be submitted with Class Representative's reply submission on or before September 12, 2013, after the deadlines for objecting and seeking exclusion have passed.

Dated:  August 15, 2013

Respectfully submitted,

/s/ Benjamin G. Chew

| | |
|---|---|
| **PATTON BOGGS LLP** | **LABATON SUCHAROW LLP** |
| Benjamin G. Chew (VSB#29113) | Jonathan M. Plasse (admitted *pro hac vice*) |
| 2550 M Street, NW | Joseph A. Fonti (admitted *pro hac vice*) |
| Washington, DC 20037 | Javier Bleichmar (admitted *pro hac vice*) |
| Telephone: (202) 457-6015 | Dominic J. Auld (admitted *pro hac vice*) |
| Facsimile: (202) 457-6315 | Serena Hallowell (admitted *pro hac vice*) |
| Email: bchew@pattonboggs.com | 140 Broadway |
| | New York, NY 10005 |
| | Telephone: (212) 907-0700 |
| | Facsimile: (212) 883-7044 |
| | |
| *Counsel for Class Representative* | *Counsel for Class Representative Ontario* |
| *Ontario Teachers' Pension Plan Board and* | *Teachers' Pension Plan Board and* |
| *the Settlement Class* | *the Settlement Class* |

Susan R. Podolsky, Esq. (VSB#27891)
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Telephone: (571) 366-1702
Email: susanpodolsky@verizon.net

*Counsel for Class Representative*
*Ontario Teachers' Pension Plan Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David E. Carney
Jennifer L. Spaziano
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
David.Carney@skadden.com
Jen.Spaziano@skadden.com

*Counsel for Defendants*

Elizabeth Kathleen Tripodi
Levi Korsinsky
1050 30th St NW
Washington, DC 20007
etripodi@zlk.com

*Counsel for Plaintiff Hilary Kramer*
(Case No. 1:11-cv-00751)

Jay B. Kasner
Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Jay.Kasner@skadden.com
Scott.Musoff@skadden.com

*Counsel for Defendants*

 /s/ Benjamin G. Chew
Benjamin G. Chew (VSB#29113)
**PATTON BOGGS LLP**
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6015
Facsimile: (202) 457-6315
Email: bchew@pattonboggs.com

*Counsel for Ontario Teachers' Pension Plan Board and Local Counsel for the Settlement Class*